UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ODETTE BLANCO DE FERNANDEZ
*née* BLANCO ROSELL, et al.,

    Plaintiffs,

v.

CMA CGM S.A. (a/k/a CMA CGM
THE FRENCH LINE; a/k/a CMA CGM
GROUP); CMA CGM
(AMERICA) LLC,

    Defendants.

CASE NO. 1:21-CV-22778-
COOKE/O'SULLIVAN

**DEFENDANT CMA CGM (AMERICA) LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant CMA CGM (AMERICA) LLC by and through its undersigned attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure herewith files this Certificate of Interested Parties and Corporate Disclosure Statement and states:

**CERTIFICATE OF INTERESTED PARTIES**

1. De Leo & Kuylenstierna, P.A.
2. Winston & Strawn LLP
3. CMA CGM (AMERICA) LLC
4. Ryon L. Little, Esq.
5. Jan M. Kuylenstierna, Esq.
6. Charles G. De Leo, Esq.
7. Cari N. Stinebower, Esq.
8. Jonathan D. Brightbill, Esq.

CASE NO. 1:21-CV-22778-COOKE/O'SULLIVAN

9. Dion J. Robbins, Esq.

10. David J. Baron, Esq.

11. David J. Horr, Esq.

12. John S. Gaebe, Esq.

13. Laina Catherine Wilk Lopez, Esq.

14. Martin F. Cunniff, Esq.

15. Melvin White, Esq.

16. Richard W. Fields, Esq.

17. William B. Milliken, Esq.

18. William R. Boeringer, Esq.

## CORPORATE DISCLOSURE STATEMENT

Defendant, CMA CGM (AMERICA) LLC discloses that there is no publicly held corporation that owns ten percent (10%) or more of its membership interests and there are no public membership interests of CMA CGM (AMERICA) LLC. Defendant, CMA CGM (AMERICA) LLC is a privately held company and is wholly owned by CMA CGM Agencies Worldwide.

Dated this 20th day of September 2021.

Respectfully Submitted this 20th day of September 2021,

/s/ Jan M. Kuylenstierna
Jan M. Kuylenstierna
Fla. Bar No. 375985
Email: jkuylenstierna@dkmaritime.com
Charles G. De Leo
Fla. Bar No. 353485
Email: cdeleo@dkmaritime.com
Ryon L. Little
Fla. Bar No. 26402

CASE NO. 1:21-CV-22778-COOKE/O'SULLIVAN

> Email: rlittle@dkmaritime.com
> DeLeo & Kuylenstierna, P.A.
> 8950 SW 74th Court
> Suite 1710
> Miami, Florida 33156
> Telephone: (786) 332-4909
> Facsimile: (786) 518-2849
> Attorneys for the Defendant CMA CGM
> (AMERICA) LLC
>
> Cari S.Stinebower
> Jonathan D. Brightbill
> Dion J. Robbins
> Winston & Straw LLP
> 1901 L Street NW
> Washington D.C. 20036
> Telephone: (202) 282 5000; (214) 453 6453
> Facsimile: (202) 282 5100; (214) 453 6400
> Attorneys for the Defendant CMA CGM
> (AMERICA) LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021, the foregoing Certificate of Interested Parties and Corporate Disclosure Statement was electronically filed with the Clerk of this Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

>        */s/ Jan M. Kuylenstierna*
>        **J**an M. Kuylenstierna

| | |
|---|---|
| David A. Baron<br>dbaron@bcr-dc.com<br>Melvin White<br>mwhite@bcr-dc.com<br>Laina C. Lopez<br>lcl@bcr-dc.com<br>Berliner Corcoran & Brown, LLP<br>1101 17th Street, Suite 1100<br>Washington, D.C. 20036-4798 | Richard W. Fields<br>fields@fieldslawpllc.com<br>Martin Cunniff<br>MartinCuniff@fieldslawpllc.com<br>Fields PLLC<br>1701 Pennsylvania Ave., N.W., Suite 200<br>Washington, D.C. 20006<br>PH: (833) 382-9816<br>Counsel for Plaintiff |

CASE NO. 1:21-CV-22778-COOKE/O'SULLIVAN

| | |
|---|---|
| PH: (202) 293-5555<br>FX: (202) 293-9035<br>Counsel for Plaintiffs<br>Via E-mail | Via E-mail |
| John S. Gaebe<br>johngaebe@gaebelaw.com<br>Florida Bar No. 304824<br>Law Offices of John S. Gaebe, P.A.<br>5870 SW 96th Street<br>Miami, Florida 33156<br>Counsel for Plaintiffs<br>Via E-mail | David J. Horr<br>Florida Bar No. 310761<br>dhorr@admiral-law.com<br>William R. Boeringer<br>Florida Bar No. 347191<br>wboeringer@admiral-law.com<br>William B. Milliken<br>Florida Bar No. 143193<br>wmilliken@admiral-law.com<br>HORR, NOVAK & SKIPP, P.A.<br>Two Datran Center, Suite 1700<br>9130 South Dadeland Boulevard<br>Miami, FL 33156<br>Telephone: (305) 670-2525<br>Facsimile: (305) 670-2526<br>Counsel for Plaintiffs<br>Via E-mail |

- 4 -